United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 24, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-31116
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

JOHN HAROLD MARTIN,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 94-CR-20071-1
--------------------

Before DAVIS, BARKSDALE, and STEWART, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender, court-appointed counsel for

John Harold Martin, has moved for leave to withdraw and has filed

a brief pursuant to Anders v. California, 386 U.S. 738 (1967).

Martin received a copy of counsel's motion and brief and filed

a brief in opposition.

    Our review of the briefs and of the record discloses no

nonfrivolous issue for appeal.  Accordingly, the motion for

leave to withdraw is GRANTED, counsel is excused from further

responsibilities, and the APPEAL IS DISMISSED.  See 5TH CIR.

R. 42.2.

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.